UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARY E. PRYCE,

        Plaintiff,

-vs-                                          Case No. 6:06-cv-747-Orl-22JGG

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

## REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S UNCONTESTED PETITION FOR ATTORNEY'S FEES (Doc. No. 15)** |
| **FILED:** | **August 24, 2006** |
| **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**. | |

On August 4, 2006, Defendant, Jo Anne B. Barnhart, the Commissioner of Social Security ["the Commissioner"], filed an unopposed motion for entry of judgment with remand. Docket No. 6. On August 8, 2006, the Honorable Anne C. Conway granted the motion, and reversed and remanded the decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). Plaintiff Mary E. Pryce now moves for an award of $992 in attorney's fees pursuant to the Equal Access to Justice Act ["EAJA"], 28 U.S.C. § 2412. Docket No. 15.

EAJA provides that a court "*shall* award" to a prevailing party fees and other expenses incurred "unless the court finds the position of the United States *substantially justified* or that special circumstances make an award unjust." 28 U.S.C. § 2412 (d)(1)(A) (emphasis supplied). The "position of the United States" includes both the government's position in the civil action and the action by the agency. *Stratton v. Bowen*, 827 F.2d 1447, 1449 n.2 (11th Cir. 1987). In the district court, the test for substantial justification is "more than mere reasonableness" — the Commissioner must show that her case had a reasonable basis both in law and fact. *Hudson v. Secretary*, 839 F.2d 1453, 1456 (11th Cir. 1988).

The Commissioner does not oppose Plaintiff's request for attorney's fees or the amount sought. Docket No. 15-1 at 2. Accordingly, it is **RECOMMENDED** that Plaintiff's Uncontested Petition for Attorney's Fees [Docket No. 15] be **GRANTED**.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on August 28, 2006.

James G. Glazebrook
United States Magistrate Judge

Copies furnished to:

The Honorable Anne C. Conway
Counsel of Record
Unrepresented Party
Courtroom Deputy